UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

NOV 0 8 2011
11-8-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DARREN L. MCCOY

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O JOSEPH PULIA
C/O PATRICK GRUBE
C/O RODRIGO CORONA
C/O VILMA ARGUETA
C/O MICHAEL ALANIZ
C/O JOSEPH CONSIDINE

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

11 C 7960
Judge Ronald A. Guzman
Magistrate Judge Sheila M. Finnegan

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: DARREN L. McCOY

B. List all aliases: N/A

C. Prisoner identification number: # M-16665

D. Place of present confinement: LoGAN CORRECTIONAL CENTER.

E. Address: P.O. Box 1000 Lincoln, IL 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: C/O JOSEPH PULIA

Title: Police OFFICER

Place of Employment: Police STATION 31 AND Halsted

B. Defendant: C/O PATRICK GRUBE

Title: Police OFFICER

Place of Employment: Police STATION

C. Defendant: C/O RODRIGO CORONA

Title: Police OFFICER.

Place of Employment: Police OFFICER

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D: Defendant(s)

C/O DANIEL SOLIS / POLICE OFFICER. Employment
31 & HALSTED

NAME: VILMA ARGUETA
TITLE: POLICE OFFICER.
PLACE of Employment. POLICE STATION 31 AND HALSTED.

E. Defendant(s)
C/O CLARENCE JORDAN
TITLE: POLICE OFFICER.
PLACE of Employment: POLICE STATION 31 & HALSTED

F. Defendant(s)
C/O PATRICK QUINN
TITLE: POLICE OFFICER.
PLACE of Employment: POLICE STATION 31 & HALSTED.

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____ N/A _____
_____ N/A _____

B.    Approximate date of filing lawsuit: _____ N/A _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: __ N/A __
_____ N/A _____ N/A _____

D.    List all defendants: _____
_____ N/A _____
_____
_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.    Name of judge to whom case was assigned: __ N/A __
_____ N/A _____

G.    Basic claim made: _____
_____ N/A _____
_____

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____
_____ N/A _____
_____

I.    Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

IN OR ABOUT ON 8-6-2010 TIME 2:41 A.M.
I WAS PLACED UNDER ARREST, AND HAND-CUFFED.
This officer immediately started Calling me
All kind of NAMES, Such As NIGGER I'm
GONNA BEAT your BLACK NIGGER ASS BOY.
As other officer(s) CAME on the SCENE, they
All started To Kick, AND Stomped me over,
AND over. I WAS hand Cuffed. NEVER
Did I Cause, or At ANy time A TREAT-
I WAS put in the BACK of A Police-
TRUCK. Then Pulled out of This TRUCK,
Some one had identified me, Put
BACK in This Police TRUCK, AND This
BEATING STARTED All over AGAIN. I
CAN PROVE All of the Above. I RECALL
DIFFERENT officer(s) Either Hiting me,
or Both, Hiting And Calling me NAMES.
Such As NIGGERS, BLACK MONKEY. AND-

4

So forth. All of the names of the Defendants, are the names that were given to me, as the Police officer(s) who participated in this beating. I was taken to Mercy Hospital, I had to receive stiches in my right upper eye. I now have very bad headaches, I've now problems with my vision. I've also, now problems with my back. All of these problems I have never had before. All Defendants participated in this situation.

5

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I'M SEEKING five Hundred ThoSand Dollars, And Any Thing ElSE the Jugde Deems JuST And APPROPRiate

**VI.**     The plaintiff demands that the case be tried by a jury.   ☑ YES     ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _October_ day of _30_ , 20 _11_

_Darren McCoy_
(Signature of plaintiff or plaintiffs)

_Darren McCoy_
(Print name)

_M-16665_
(I.D. Number)



_P.O Box 1000 Lincoln, IL 62656_
(Address)

6

Revised 9/2007



CHICAGO POLICE DEPARTMENT

# FOIA ARREST REQUEST RESPONSE

3510 S. Michigan Avenue, Chicago, Illinois 60653

| | |
|---|---|
| **CB NO** | 17940214 |
| **NAME** | DARREN MCCOY |
| **AGE** | 22 |
| **ADDRESS** | 063XX S EBERHART AVE<br>CHICAGO, IL 60637 |
| **CHARGE(S)** | 1 COUNT(S) OF 625 ILCS 5.0/6-101<br>DRIVING/NEVER ISSUED LICENSE,1 COUNT(S)<br>OF 720 ILCS 5.0/18-2-A-2 ROBBERY - ARMED W/<br>FIREARM,3 COUNT(S) OF 720 ILCS 5.0/31-1-A<br>RESIST/PC OFF/CORR EMP/FRFTR,1 COUNT(S)<br>OF 9-76-050(B) HEADLIGHT TWO<br>REQUIRED-MOTOR VEHICLE |
| **ARREST DATE** | 06-AUG-2010 |
| **ARREST TIME** | 02:41 AM |
| **ARREST LOCATION** | 856 W 36TH ST<br>CHICAGO, IL 60609 |
| **ARRESTING AGENCY** | CHICAGO POLICE DEPARTMENT |
| **BOND TYPE** | |
| **BOND AMOUNT** | |
| **BOND DATE** | |
| **RELEASED FROM AGENCY<br>DETENTION FACILITY** | 07-AUG-2010 08:04 AM |

