IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARREN L. MCCOY,

    Plaintiff,

        v.                          No. 11 C 7960

JOSEPH PULIA, et al.              Magistrate Judge Finnegan

    Defendants.

AGREED ORDER OF DISMISSAL

This matter corning before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Darren McCoy, by his attorney, Richard Levin; Defendants, Joseph Pulia, Patrick Grube, Jon Utz, and Jerry Doskocz, by their attorney, Brian Kolp, Assistant Corporation Counsel; and Defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Darren McCoy, against Defendants, City of Chicago, and Joseph Pulia, Patrick Grube, Jon Utz, and Jerry Doskocz, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: *Sheila Finnegan*
The Honorable Sheila Finnegan
United States Magistrate Judge

Brian Kolp
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0747
Attorney No. 6301807

DATED: May 2, 2013